| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) DOMINGUEZ, DANIEL R | 2. Court or Organization DISTRICT COURT OF PUERTO RICO | 3. Date of Report 6/16/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address U.S. COURTHOUSE CH-129 150 CARLOS CHARDON AVENUE SAN JUAN, PR 00918-1766 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 JUN 18 A 10: 13 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R | 6/16/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | ▆▆▆▆ (SELF-EMPLOYED) INDEPENDENT CONTRACTOR | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R | 6/16/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. BERWIND COUNTRY CLUB (GOLF) | HONORARY MEMBERSHIP (EST. DUES) | $ 3,000 |
| 2. BANKERS CLUB | HONORARY MEMBERSHIP (EST. DUES) | $ 1,000 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R | 6/16/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | B | Interest | K | T | BUY | 8/1 | K | | |
| 2. UBS PUERTO RICO FIXED INCOME FUND | | | | | | | | | |
| 3. UBS U.S. EQUITY PORTFOLIO | | | | | | | | | |
| 4. IRA #2 | A | Interest | J | T | BUY | 8/2 | K | | |
| 5. UBS PUERTO RICO FIXED INCOME FUND | | | | | | | | | |
| 6. UBS U.S. EQUITY PORTFOLIO | | | | | | | | | |
| 7. INVESTMENT ACCOUNT TOTALITY UBS | E | Interest | O | T | | | | | |
| 8. PR INVESTMENT MUTUAL BONDS | | None | L | T | SALE | 2/26 | L | | |
| 9. GNMA AND US PR BOND FUND | | None | J | T | SALE | 2/26 | J | | |
| 10. PUERTO RICO FIXED INCOME FUND | | None | L | T | SALE | 2/26 | L | | |
| 11. PR GNMA BOND | | None | K | T | REDEEM | 1/16 | K | | |
| 12. PR GNMA BOND | | None | K | T | REDEEM | 3/15 | K | | |
| 13. PR GNMA BOND | | None | L | T | REDEEM | 7/16 | L | | |
| 14. FHLB BOND | | None | L | T | REDEEM | 12/26 | L | | |
| 15. (3) PR GNMA #094; 095; 096 | | None | L | T | BUY | 2/27 | L | | |
| 16. (3) PR GNMA #097; 098; 099 | | None | L | T | BUY | 2/27 | L | | |
| 17. (3) FHLB BONDS | | None | L | T | BUY | 7/19 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As to Section VII, Investment and Trusts:

In 2007 the undersigned changed the diversity of the economic portfolio of Mutual Funds to US/PR GNMA Bonds and FHLB Bonds. Mutual Funds were substituted by US/PR GNMA Bonds and FHLB Funds. Further, in 2007 four (4) PR GNMA Funds were redeemed due to decrease in interest. The redeemed GNMA were all substituted by PR/US GNMA Bonds and FHLB Funds (all federally guaranteed). Lines #15 and 16 refers to three separate GNMA purchased per line for a total of six totalling "L" value for all three GNMA's purchased per line. (Not enough lines to detail each purchase). Line 17 involves three purchases of FHLB Bonds for a total "L" value for all three Bonds. Two bonds were purchased on 7/19 and a third FHLB was purchased on 3/23 (not sufficient lines provided in the form to individualize each FHLB purchased).

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R | 6/16/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544